# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICAHEL BEARD and<br>M&B SERVICES INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN WHITTAKER, *et al.*,<br><br>Defendants. | No. 4:25-CV-01427<br><br>(Chief Judge Brann) |

## ORDER

**AND NOW**, this 30th day of December 2025, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Brian Whittaker and BW Industrial LLC, Motion to Stay Action Pursuant to the *Colorado River* Abstention Doctrine (Doc. 25) is **DENIED**; and

2. Defendants shall file an answer to Plaintiffs' complaint within 14 days of the entry of this Order—January 13, 2026.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge