**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MICHAEL BEARD and
M&B SERVICES INCORPORATED,

Plaintiffs,

v.

BRIAN WHITTAKER, *et al.*,

Defendants.

No. 4:25-CV-01427
(Chief Judge Brann)

**ORDER**

**OCTOBER 30, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Starfire Services LLC's Motion to Stay or in the Alternative to Dismiss (Doc. 48) is **DENIED**;
2. Defendant Andrew Weitkamp's Motion to Stay or in the Alternative to Dismiss (Doc. 60) is **DENIED**; and
3. Defendants Andrew Weitkamp and Starfire Services LLC shall answer the complaint within 21 days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge